**Order filed, June 19, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00401-CV
_____

### CAFFE RIBS, INC., A UTAH CORPORATION, ET AL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the Co Civil Ct at Law No 3
Harris County, Texas
Trial Court Cause No. 839502**

---

## ORDER

The reporter's record in this case was due **May 22, 2012**, 2012. *See* Tex. R. App. P. 35.1. On May 24, 2012, this court granted the court reporters request for extension of time to file the record until June 21, 2012. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court **GRANTS** your second request and issues the following order.

We order **Laura Cutherell** to file the record in this appeal **on or before July 23, 2012. No further extension will be entertained absent exceptional circumstances**.

The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Laura Cutherell** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM